Frank Hill, Respondent, v. National Skylight and Ventilator Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Globe Woolen Company, Appellant, v. Utica Gas and Electric Company, Respondent.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein. the appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Merrell, J., not sitting.

Catherine Kelly, Plaintiff, v. Catholic Relief and Beneficiary Association, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.

William E. Phillips, Appellant, v. Lydia C. Flagler and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Alexander M. Stewart and Another, Respondents, v. The Title Guaranty and Surety Company, Appellant.— Judgment affirmed, with costs. This court finds and decides that the building contract for the performance and fulfillment of which the contract in question was given, was never completed or performed within the meaning of the provision contained in the contract in question, and that, therefore, the six months' limitation does not apply, and so far as any findings of the referee are inconsistent therewith, the same are disapproved. All concurred, except Lambert and Merrell, JJ., who dissented.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of, etc., Lands Claimed to Be Injured by Change of Grade, etc.,. and Claimed to Be Owned by George Urban Milling Company and Others, Respondents.   (Proceeding No. 101.)  The New York Central and Hudson River Railroad Company and Others, Appellants.— For the reasons stated in the per curiam memorandum in Proceeding No. 97 (*Matter of Grade Crossing Comrs.* [*In re Barber Asphalt Paving Co.*] Proceeding No. 97, *ante*, p. 956), decided herewith, the order confirming the commissioners' report is, so far as appealed from, reversed and the report of the commissioners to that extent set aside and a new hearing ordered before new commissioners, with costs to the appellant to abide the final award of costs. All concurred.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners, etc., of Lands Claimed to Be Injured by Change of Grade, etc., and Claimed to Be Owned by Lila G. Dwyer and Others.   (Proceeding No. 99.)  The Fidelity Trust Company and Another, Appellants; The City of Buffalo and Others, Respondents. — Order affirmed, with costs. All concurred.

Sims Inn Company, Inc., Appellant, v. Lewis F. Curtis. and Others, Respondents.— Order affirmed, with costs. All concurred.

Clara E. Nussbaum, Respondent, v. Theodore J. Vogelgesang, Appellant.— Judgment and order reversed and new trial granted, with costs to